STATE, RESPONDENT, *v.* McCUE, APPELLANT.

(No. 5,981.)

(Submitted October 25, 1926. Decided November 13, 1926.)

[250 Pac. 978.]

(For syllabus, see *State* v. *Daly, ante,* p. 387.)

*Appeal from District Court, Custer County; S. D. McKinnon, Judge.*

*Mr. C. A. Spaulding* and *Mr. Frank Hunter,* for Appellant.

*Mr. L. A. Foot,* Attorney General, *Mr. S. R. Foot,* Assistant Attorney General, and *Mr. Rudolph Nelstead,* County Attorney of Custer County, for the State.

### Opinion: PER CURIAM.

The defendant was found guilty of the crime of maintaining a common nuisance. It was stipulated by respective counsel that the appeal in this cases should abide the result in *State*

v. *Daly, ante,* p. 387, 250 Pac. 976. Accordingly the judgment is affirmed.

*Affirmed.*